```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KIRK E. SHERRIFF
    Assistant U.S. Attorney
 3  4401 Federal Building
    2500 Tulare Street
 4  Fresno, California 93721
    Telephone: (559) 497-4000
 5  Facsimile: (559) 497-4099

 6  Attorneys for the
    United States of America
 7
```

FILED
OCT 17 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>INFORMATION ASSOCIATED WITH THE SEARCH OF EMAIL ACCOUNTS STORED AT PREMISES CONTROLLED BY YAHOO! INC. | NO. 1:12-SW-00116 DLB<br><br>ORDER TO UNSEAL SEARCH WARRANT AFFIDAVIT AND SEARCH WARRANT |

The search warrant affidavit in this case having been sealed by Order of this Court on May 24, 2012, and it appearing that the affidavit and search warrant are not required to remain secret, based upon the motion submitted by the government,

IT IS HEREBY ORDERED that the search warrant affidavit and search warrant be unsealed and made public record.

Dated: October 16, 2012

_Sheila K. Oberto_
UNITED STATES MAGISTRATE JUDGE